AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PMAHAN, James C. | 2. Court or Organization<br><br>U.S. District Court, Nevada | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Suite 6085
Las Vegas,
Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Vanderbilt University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Dividend | L | T | | | | | |
| 2. -- AMG Managers BD FD INSTL (X) | | | | | | | | | |
| 3. -- American Centy Mut Fds Growth Fund - Instl TWGIX | | | | | | | | | |
| 4. -- Blackrock FDS Core Bond Port Instl Class BFMCX | | | | | | | | | |
| 5. -- Cohen & Steers Rlty Shares Inc CSRSX | | | | | | | | | |
| 6. -- Europacific Growth Fd CL F-1 (AEGFX) | | | | | | | | | |
| 7. -- Goldman Sachs Tr Finl Sq Treas Instrs FD Instl CL FTIXX | | | | | | | | | |
| 8. -- Harbor FD High Yield BD FD Instl Cl HYFAX | | | | | | | | | |
| 9. -- Ing Ser FD Inc Small CD FD CL 1 AESGX | | | | | | | | | |
| 10. -- Janus Invt FD Flexible BD FD Class I JFLEX | | | | | | | | | |
| 11. -- MFS Ser TR I Value FD CL 1 MEIIX | | | | | | | | | |
| 12. -- Managers Funds Bond Fund MGFIX | | | | | | | | | |
| 13. -- Managers Fund Bond Fund MGFIX | | | | | | | | | |
| 14. -- MFS SER TR X Emerging Mkts Debt FD Class I MEDIX | | | | | | | | | |
| 15. -- Metropolitan West FDS Total Return BD FD CL 1 MWTIX | | | | | | | | | |
| 16. -- JP Morgan Core Bond FD Select WOBDX | | | | | | | | | |
| 17. -- Oppenheimer Intl BD FD Class Y OIBYX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INST CL PTTRX | | | | | | | | | |
| 19. -- Thornburg Invt TR Invt Income Builder FD Cl I TIBIX | | | | | | | | | |
| 20. -- Voya Small Co FD CL I (formerly Ing Sec FD Inc Small CDFD CI I AESGX | | | | | | | | | |
| 21. -- Wells Fargo Adv Fnds TR Adv Sht Dur Govt BD FD Cl I WXGIX | | | | | | | | | |
| 22. JOINT TENANCY ACCOUNT | | | | | | | | | |
| 23. -- AMG Funds III Managers Bond Fund Instl Class | A | Dividend | J | T | | | | | |
| 24. -- American Centy Mut Fds Growth Fund - Instl TWGIX | A | Dividend | J | T | | | | | |
| 25. -- Blackrock FDS Core Bond Port Instl Class BFMCX | A | Dividend | J | T | | | | | |
| 26. -- Cohen & Steers Rlty Shares Inc CSRSX | A | Dividend | J | T | | | | | |
| 27. -- Goldman Sachs Tr Finl Sq Treas Instrs FD Instl CL FTIIX | A | Dividend | J | T | | | | | |
| 28. -- Harbor FD High Yield BD FD Instl Cl HYFAX | A | Dividend | J | T | | | | | |
| 29. -- Janus Invt FD Flexible BD FD Class I JFLEX | A | Dividend | J | T | | | | | |
| 30. -- MFS Ser TR I Value FD CL 1 MEIIX | A | Dividend | K | T | | | | | |
| 31. -- Managers Funds Bond Fund MGFIX | A | Dividend | J | T | | | | | |
| 32. -- MFS SER TR X Emerging Mkts Debt FD Class I MEDIX | A | Dividend | J | T | | | | | |
| 33. -- Metropolitan West FDS Total Return BD FD CL I MWTIX | A | Dividend | K | T | | | | | |
| 34. -- JP Morgan Core Bond FD Select WOBDX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Oppenheimer Intl BD FD Class Y OIBYX | A | Dividend | J | T | | | | | |
| 36. -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INST CL PTTRX | A | Dividend | K | T | | | | | |
| 37. -- Pimco FDS PAC INVT MGMT SER TOTAL | A | Dividend | K | T | | | | | |
| 38. -- Thornburg Invt TR Invt Income Builder FD Cl I TIBIX | A | Dividend | J | T | | | | | |
| 39. --Voya Ser FD Inc. Small Co FDCL I (frmly Ing Ser FD IncSm CDFD AESGX) | A | Dividend | J | T | | | | | |
| 40. -- Wells Fargo Adv Fnds TR Adv Sht Dur Govt BD FD Cl I WXGIX | A | Dividend | K | T | | | | | |
| 41. J & E Mahan Agency (Alpine) | A | Int./Div. | M | T | | | | | |
| 42. ▓▓▓ Heirs Partnership | D | Int./Div. | L | T | | | | | |
| 43. U.S. Bank | D | Int./Div. | M | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

JOINT TENANCY ACCOUNT:

Line 26, 2014 report should reflect total sale of holding for $151.00, inadvertently omitted from year 2014 report.
Line 28, 2014 report should reflect total sale of holding for $7,396.00, inadvertently omitted from year 2014 report.

As noted, Ing Ser holding had a name change to Voya

IRA ACCOUNT:

As noted, Ing Ser holding had a name change to Voya

| Name of Person Reporting | Date of Report |
|---|---|
| PMAHAN, James C. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. PMAHAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544